No. D–2340. IN RE DISCIPLINE OF AYRES-FOUNTAIN. Caroline Patricia Ayres-Fountain, of Hockessin, Del., is suspended from the practice of law in this Court, and a rule will issue, returnable

within 40 days, requiring her to show cause why she should not be disbarred from the practice of law in this Court.